USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Anthony Casiano,

                          Plaintiff(s),

         - against -

C.O. Rucker, et al.,

                        Defendant(s).
-------------------------------------------------------------X

19-cv-5226 (KPF) (RWL)

**SETTLEMENT CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

ORDER of Hearing: Settlement Conference set for **February 26, 2020, at 2:30 p.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. The counsel for New York City shall reach out to the Warden or Official for the Auburn Correctional Facility, so pro se inmate may participate via video for the scheduled conference. Parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than **February 19, 2020, by 5:00 p.m**.

                    SO ORDERED.

                    _____
                    ROBERT W. LEHRBURGER
                    UNITED STATES MAGISTRATE JUDGE

Dated: 1/13/2020
      New York, New York

Copies transmitted this date to all parties of record and mailed to:

Anthony Casiano (PRO SE)
NYSID: 02010485Z
DIN No: 19A2659
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024