UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY CASIANO,<br><br>                Plaintiff,<br><br>                v.<br><br>CAPT. THEAGRE, NO. 1851; CORRECTIONAL OFFICER K. LUTON, NO. 5144; CORRECTIONAL OFFICER FOOTS, NO. 5509; CORRECTIONAL OFFICER M.H. FORM, NO. 4016; CORRECTIONAL OFFICER RUCKER, NO. 2398; JOHN DOE – CORRECTIONAL OFFICER, AS YET UNIDENTIFIED; THE CITY OF NEW YORK; DEPARTMENT OF CORRECTION,<br><br>                Defendants. | 19 Civ 5226 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      The Court understands that from Defendants' May 12, 2020 letter (Dkt. # 98), that discovery has not concluded in this matter.  In light of this, and the telephonic status conference is currently scheduled for May 19, 2020, there is no need for the pretrial conference currently scheduled for May 26, 2020, to be held.  Accordingly, the May 26, 2020 pretrial conference is ADJOURNED *sine die*.  The telephonic status conference scheduled for May 19, 2020 shall proceed as scheduled.

SO ORDERED.

Dated:  May 15, 2020
         New York, New York

                                                  KATHERINE POLK FAILLA
                                                 United States District Judge

*Sent by First Class Mail to:*

Anthony Casiano
NYSID: 02010485Z
DIN No. 19A2659
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024