UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY CASIANO,

                    Plaintiff,

        v.

CAPT. THEAGRE, NO. 1851;
CORRECTIONAL OFFICER K. LUTON,
NO. 5144; CORRECTIONAL OFFICER
FOOTS, NO. 5509; CORRECTIONAL
OFFICER M.H. FORM, NO. 4016;
CORRECTIONAL OFFICER RUCKER, NO.
2398; JOHN DOE – CORRECTIONAL
OFFICER, AS YET UNIDENTIFIED; THE
CITY OF NEW YORK; DEPARTMENT OF
CORRECTION,

                    Defendants.

19 Civ 5226 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

        The Court understands that Defendants have produced to Plaintiff a CD

containing video footage that is material to Plaintiff's case.  (Dkt. #98).  Officials

at the Auburn Correctional Facility are hereby ORDERED to procure promptly

equipment that will permit Plaintiff to view the video footage contained on that

CD.  Officials at the Auburn Correctional Facility are further ORDERED to

permit Plaintiff to use this equipment to view the video footage as quickly as is

possible.

SO ORDERED.

Dated:  May 20, 2020
        New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge

*Sent by First Class Mail to:*

Anthony Casiano
NYSID: 02010485Z
DIN No. 19A2659
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024