USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY CASIANO,                                 :      19-cv-5226 (KPF) (RWL)
                                                 :
              Plaintiff,                        :      **ORDER**
                                                 :
     - against -                               :
                                                 :
WARDEN KISA SMALLS, et al.,                      :
                                                 :
             Defendants.                       :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The settlement conference in this case scheduled for July 27, 2020 at 2:30 p.m. is hereby ADJOURNED to **August 18, 2020 at 2:30 p.m.**  The hearing will take place using Skype Business, instructions for which are available on the Court's website.  The Court will provide specific access information closer to the hearing.  The counsel for New York City shall reach out to the Warden or Official for the Auburn Correctional Facility so that the incarcerated Plaintiff may participate via-video during the scheduled conference.  The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures.  The parties are further instructed to submit any updates to their pre-conference submissions or Attendance Acknowledgment Forms (available in PDF fillable format as an attachment to the Settlement Conference Procedures) no later than August 11, 2020 by 5:00 p.m.

       Defense counsel shall send a copy of this order to Plaintiff by mail within three (3) days and file proof such service on ECF.  If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 20, 2020
       New York, New York