UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY CASIANO,<br><br>                      Plaintiff,<br><br>                      v.<br><br>CAPT. THEAGRE, No. 1851; CORRECTIONAL OFFICER K. LUTON, No. 5144; CORRECTIONAL OFFICER C. FOOTE, No. 5509; CORRECTIONAL OFFICER TIM GRAY, No. 17389; CORRECTIONAL OFFICER K. SHEPARD, No. 11487; CORRECTIONAL OFFICER RUCKER, No. 2398; CORRECTIONAL OFFICER B. GERADEAU, No. 9037; CORRECTIONAL OFFICER A. CAPEHART, No. 3713; CORRECTIONAL OFFICER SEIVWRIGHT, No. 17414; NICOLAS FRANTZ; WARDEN KISA SMALLS; THE CITY OF NEW YORK,<br><br>                      Defendants. | 19 Civ 5226 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

       On January 7, 2021, Plaintiff filed his Third Amended Complaint ("TAC" (Dkt. #151)). The Court issued an Order of Service as to all named defendants except for "Nicholas Frantz" on January 8, 2021. (Dkt. #153). The Court ordered the City of New York to provide additional information about Defendant Frantz pursuant to *Valentin* v. *Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997). (*Id.*). Defendants Capehart, Foote, Geradeau, Gray, Luton, and the City of New York answered the TAC on January 21, 2021. (Dkt. #157). Defense counsel provided information about Defendant Frantz on March 3, 2021 (Dkt. #165), and the Court issued an Order of Service as to Frantz the following day (Dkt.

#166). Defendants Smalls and Shepard answered the TAC on May 12, 2021. (Dkt. #178). Defendant Frantz answers the TAC on June 21, 2021. (Dkt. #184).

Accordingly, the parties are hereby ORDERED to appear for a telephonic conference on July 7, 2021, at 11:00 a.m. to discuss the next steps on this case. It is further ORDERED that at the appointed date and time for the conference, the Warden or other official in charge of the Auburn Correctional Facility, produce prisoner Anthony Casiano Identification No. 19-A-2659, at a suitable location within the Auburn Correctional Facility equipped with a telephone, for the purpose of participating by telephone in the conference with the Court and defense counsel in the above referenced matter. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0290. Counsel for Defendants must (i) transmit this Order to the Warden forthwith; (ii) contact the Auburn Correctional Facility forthwith to arrange the call, and to determine the telephone number at which Plaintiff will be reachable at the above time and date; and (iii) telephone the Court with Plaintiff on the line at the time and date of the conference. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the phone conference line will not be available prior to 11:00 a.m.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: June 22, 2021
      New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge