UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANTHONY CASIANO,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

------------------------------------------------------------------------ x

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

19 Civ. 5226 (KPF)

**HON. KATHERINE POLK FAILLA**
**UNITED STATES DISTRICT JUDGE**

       Upon the application of defendants for leave to take the deposition of plaintiff Anthony Casiano, DIN #19A2659, an inmate within Five Points Correctional Facility, the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

       **IT IS HEREBY ORDERED**: that the Warden or other official in charge of Five Points Correctional Facility, located at 6600 State Route 96, Romulus, NY 14541, produce inmate Anthony Casiano, DIN #19A2659, at a location within the facility for the taking of his deposition by video teleconference on October 7, 2021, at 10:00 a.m. and for so long thereafter as the deposition continues, and that plaintiff appear in such place as designated by the Warden or other official in charge of Five Points Correctional Facility, so that his deposition may be taken.

Dated: New York, New York
       September 30, 2021

*Katherine Polk Failla*
_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE