UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANTHONY CASIANO,

                                                   Plaintiff,

                         -v-

CITY OF NEW YORK, *et al.*,

                                                 Defendants.

------------------------------------------------------------------------ x

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

19 Civ. 5226 (KPF)

**HON. KATHERINE POLK FAILLA**
**UNITED STATES DISTRICT JUDGE**

     Upon the application of defendants for leave to take the deposition of plaintiff Anthony Casiano, DIN #19A2659, an inmate within Great Meadow Correctional Facility, the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

     **IT IS HEREBY ORDERED**: that the Warden or other official in charge of Great Meadow Correctional Facility, located at 11739 State Route 22, Comstock, NY 12821, produce inmate Anthony Casiano, DIN #19A2659, at a location within the facility for the taking of his deposition by video teleconference on November 2, 2021, at 10:00 a.m. and for so long thereafter as the deposition continues, and that plaintiff appear in such place as designated by the Warden or other official in charge of Great Meadow Correctional Facility, so that his deposition may be taken.

     The Clerk of Court is directed to terminate the motion pending at docket entry 207. The clerk of Court is further directed to mail a copy of this order to Plaintiff at his address of record.

Dated:  October 21, 2021
             New York, New York

*Katherine Polk Failla*
_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE