UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY CASIANO,

              Plaintiff,

           -v.-

CAPT. THEAGERE, NO. 1851; CORRECTIONAL OFFICER K. LUTON, NO. 5144; CORRECTIONAL OFFICER C. FOOTE, NO. 5509; CORRECTIONAL OFFICER T. GRAY, NO. 17389; CORRECTIONAL OFFICER K. SHEPARD, NO. 11487; CORRECTIONAL OFFICER RUCKER, NO. 2398; CORRECTIONAL OFFICER B. GERADEAU, NO. 9037; CORRECTIONAL OFFICER A. CAPEHART, NO. 3713; CORRECTIONAL OFFICER SEIVWRIGHT, NO. 17414; NICOLAS FRANTZ; WARDEN KISA SMALLS; and THE CITY OF NEW YORK,

              Defendants.

19 Civ. 5226 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court has been advised by the parties that Plaintiff is uncomfortable proceeding with his presently scheduled video deposition with a correctional officer in the room. To address Plaintiff's concern, the Court hereby ORDERS that any correctional officer assigned to supervise Plaintiff during his deposition do so by standing outside of the room where he is being deposed.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

    SO ORDERED.

Dated:   February 25, 2022
           New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge