UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY CASIANO,<br><br>      Plaintiff,<br><br>      -v.-<br><br>CAPT. THEAGERE, NO. 1851; CORRECTIONAL OFFICER K. LUTON, NO. 5144; CORRECTIONAL OFFICER C. FOOTE, NO. 5509; CORRECTIONAL OFFICER T. GRAY, NO. 17389; CORRECTIONAL OFFICER K. SHEPARD, NO. 11487; CORRECTIONAL OFFICER RUCKER, NO. 2398; CORRECTIONAL OFFICER B. GERADEAU, NO. 9037; CORRECTIONAL OFFICER A. CAPEHART, NO. 3713; CORRECTIONAL OFFICER SEIVWRIGHT, NO. 17414; NICOLAS FRANTZ; WARDEN KISA SMALLS; and THE CITY OF NEW YORK,<br><br>      Defendants. | 19 Civ. 5226 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court has been advised by the parties that they were unable to complete Plaintiff's deposition during today's session. The Court also learned that Plaintiff anticipates being released from custody in mid-March of this year. As discovery remains to be completed in this matter, the Court hereby ADJOURNS all discovery deadlines *sine die*. To permit Plaintiff adequate time to consider how he wishes to pursue his case following his release, the Court ORDERS the parties to submit a joint letter outlining a proposed timeline for the completion of discovery on or before April 29, 2022.

  The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated: February 25, 2022
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge